Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
AALIYAH T. LANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH T. LANE,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>                    Defendant. | No.  1:26-CV-01310 (GSA)<br><br>**STIPULATION FOR BRIEFING EXTENSION; ORDER** |

On February 13, 2026, Plaintiff Aaliyah T. Lane filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability insurance benefits under Title II of the Social Security Act. (ECF Doc. 1) The Defendant was served with the Complaint on March 4, 2026. (ECF Doc. 5) On April 24, 2026, the Defendant responded to the Complaint by lodging a certified copy of the administrative

STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER

record. (ECF Doc. 8) Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is due on or before May 26, 2026. (ECF Doc. 4 at p. 2:19-20)

Plaintiff requests an extension of thirty (30) days to file his motion. This is Plaintiff's first request for extension. Plaintiff's counsel seeks the extension as counsel has multiple conflicting filing deadlines in other Social Security disability appeals during the same period. As Plaintiff's counsel was not involved at the administrative level, close review and consideration of the administrative record is required to effectively advocate for Plaintiff. *See*, *Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. A thirty (30) day extension is requested so as not to interfere with current existing deadlines in other Social Security disability appeals before the Court. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: May 20, 2026

NEWEL LAW

By:  *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
AALIYAH T. LANE

Dated: May 20, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:  *Oscar Gonzalez de Llano**
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorney for Defendant
(*authorized by email dated 5/20/2026*)

STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of thirty (30) days to file her Opening Brief. The Opening Brief shall be filed on or before June 25, 2026, and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:    **May 21, 2026**                **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER