UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AALIYAH T. LANE,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 1:26-cv-01310-GSA

ORDER GRANTING DEFENDANT'S EXTENSION REQUEST IN PART

(ECF No. 13)

Defendant requests a 31-day extension, from August 14, 2026 to September 14, 2026, to file a cross-motion for summary judgment. Defendant states that Plaintiff has indicated a willingness to stipulate to this request.

A 21-day extension seems more appropriate at this time and better facilitates the Court's docket management. Defendant may seek a further extension should it become necessary.

Accordingly, Defendant's motion for an extension is **GRANTED** in part and Defendant's deadline to file a cross-motion for summary judgment is extended to and including September 1, 2026.

IT IS SO ORDERED.

Dated: **August 11, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE